CO-386-online
10/03

# United States District Court
# For the District of Columbia

|  |  |  |  |
|---|---|---|---|
|  | Plaintiff | ) | Civil Action No. 1:18-cv-1794 |
| vs |  | ) |  |
|  | Defendant | ) |  |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Centro de Periodismo Investigativo__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Centro de Periodismo Investigativo__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Robin F. Thurston
Signature

__1531399__
BAR IDENTIFICATION NO.

Robin F. Thurston
Print Name

P.O. Box 34553
Address

Washington, DC 20043
City         State         Zip Code

(202) 448-9090
Phone Number