CO-386-online
10/03

# United States District Court
# For the District of Columbia

|   |   |   |
|---|---|---|
|   | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |
| Plaintiff | ) | Civil Action No. __1:18-cv-1794_____ |
| vs | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |
| Defendant | ) |   |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____LatinoJustice PRLDEF_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____LatinoJustice PRLDEF_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Robin F. Thurston_____
Signature

____1531399_____        __Robin F. Thurston_____
BAR IDENTIFICATION NO.                              Print Name

__P.O. Box 34553_____
Address

_Washington, DC_____   20043_____
City            State            Zip Code

__(202) 448-9090_____
Phone Number