# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al._,_<br><br>      *Plaintiffs*,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>      *Defendant*. | Civil Action No. 18-cv-01794-RC |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Joshua Kolsky as counsel of record for Defendant in the above-captioned case.

    Respectfully submitted,

    __/s/_____
    JOSHUA KOLSKY
    Assistant United States Attorney
    D.C. BAR #993430
    District of Columbia
    555 Fourth St., N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2541
    Fax: (202) 252-2599
    joshua.kolsky@usdoj.gov