# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al.,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>   *Defendant*. | Civil Action No. 18-cv-01794-RC |

## DEFENDANT'S ANSWER
## TO PLAINTIFFS' COMPLAINT FOR INJUNCTIVE RELIEF

Defendant Federal Emergency Management Agency ("FEMA"), by and through the undersigned counsel, hereby answers Plaintiffs' Complaint for Injunctive Relief and denies each and every allegation contained in the Complaint except as hereinafter expressly admitted.

Answering the numbered and unnumbered paragraphs of the Complaint, Defendant states as follows:

## COMPLAINT FOR INJUCTIVE RELIEF

1. This paragraph contains Plaintiffs' characterization of its action, to which no response is required. To the extent a response is required, Defendant admits that this is an action under the Freedom of Information Act ("FOIA").

2. Defendant admits the allegations contained in paragraph 2.

3. This paragraph contains legal argument and conclusions, to which no response is required. To the extent a response is required, Defendant denies and avers that it has not completed its search for records responsive to Plaintiffs' request or provided its complete response and also denies that Plaintiffs are entitled to relief in this case.

## JURISDICTION AND VENUE

4. Paragraph 4 of the Complaint contains conclusions of law concerning the jurisdiction for this case, to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over this action subject to the terms and limitations of the FOIA.

5. Paragraph 5 contains legal conclusions, to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this District.

## PARTIES

6. Paragraph 6 contains Plaintiffs' characterization of LatinoJustice PRLDEF and its purposes. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

7. Paragraph 7 contains Plaintiffs' characterization of Centro de Periodismo Investigativo and its purposes. Defendant is without sufficient knowledge to admit or deny the allegations in this paragraph.

8. Defendant admits the allegations in the first sentence of Paragraph 7. In response to the second sentence, Defendant admits only that it is subject to FOIA and may be in possession and control of certain of the records requested in the FOIA request that is the subject ot this action.

## FACTUAL ALLEGATIONS

9. Paragraph 9 contains Plaintiffs' characterization of Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

10. Paragraph 10 contains Plaintiffs' characterization of Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

11. Paragraph 11 contains Plaintiffs' characterization of Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

12. Paragraph 12 contains Plaintiffs' characterization of the federal emergency response to Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

13. Paragraph 13 contains Plaintiffs' characterization of the death toll resulting from Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

14. Paragraph 14 contains Plaintiffs' characterization of FEMA, which is immaterial and impertinent to this action, and to which no response is required.

15. Paragraph 15 contains Plaintiffs' characterization of FEMA's planning and response to Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

16. Paragraph 16 contains Plaintiffs' characterization of FEMA deployments following Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

17. Paragraph 17 contains Plaintiffs' characterization of FEMA's preparation for Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

18. Paragraph 18 contains Plaintiffs' characterization of aid delivery in response to Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

19. Paragraph 19 contains Plaintiffs' characterization of statement made by President Trump concerning Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

20. Paragraph 20 contains Plaintiffs' characterization of reported statements made by President Trump to Puerto Rico Governor Ricardo Roselló concerning Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

21. Paragraph 21 contains Plaintiffs' characterization of the public's information concerning FEMA's relief efforts to Puerto Rico following Hurricane Maria and FEMA's transparency, which is immaterial and impertinent to this action, and to which no response is required.

22. Paragraph 22 contains Plaintiffs' characterization of FEMA's After-Action Report and response to Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

23. Paragraph 23 contains Plaintiffs' characterization of the necessity of a full accounting of the Administration's actions to prepare and respond to Hurricane Maria, which is immaterial and impertinent to this action, and to which no response is required.

24. Paragraph 24 contains Plaintiffs' characterization of the importance of the records requested by Plaintiffs, which is immaterial and impertinent to this action, and to which no response is required.

25. Defendant admits the allegations contained in Paragraph 25 of the Complaint.

26. Defendant admits the allegations contained in Paragraph 26 of the Complaint.

27. Defendant admits the allegations contained in Paragraph 27 of the Complaint.

28. Defendant admits the allegations contained in Paragraph 28 of the Complaint.

29. Defendant admits the allegations contained in Paragraph 29 of the Complaint.

30. Defendant admits the allegations contained in Paragraph 30 of the Complaint.

31. Defendant admits the allegations contained in Paragraph 31 of the Complaint.

32. Defendant admits the allegations contained in Paragraph 32 of the Complaint.

33. Defendant admits the allegations contained in Paragraph 33 of the Complaint.

34. Defendant admits the allegations contained in Paragraph 34 of the Complaint.

35. Defendant admits the allegations contained in Paragraph 35 of the Complaint.

36. Defendant admits the allegations contained in Paragraph 36 of the Complaint.

37. Defendant admits the allegations contained in Paragraph 37 of the Complaint.

38. Defendant admits the allegations contained in Paragraph 38 of the Complaint.

39. Defendant admits the allegations contained in Paragraph 39 of the Complaint.

40. Defendant admits the allegations contained in Paragraph 40 of the Complaint.

41. Defendant admits the allegations contained in Paragraph 41 of the Complaint.

42. Defendant admits the allegations contained in Paragraph 42 of the Complaint.

43. Defendant admits the allegations contained in Paragraph 43 of the Complaint.

44. Defendant admits the allegations contained in Paragraph 44 of the Complaint.

45. Defendant admits the allegations contained in Paragraph 45 of the Complaint.

46. Defendant denies the first clause of the first sentence of Paragraph 46 and admits that it has not produced any records in response to Plaintiff's FOIA request or identified the legal exemptions for withholding records.  Defendant admits the last sentence of Paragraph 46.

47. Paragraph 47 states a conclusion of law, to which no response is required.

## CLAIM FOR RELIEF

**Count One (Violation of the FOIA), 5 U.S.C. § 552**

48. Defendant incorporates its responses to the foregoing paragraphs as if set forth fully herein.

49. Paragraph 49 consists of legal arguments and conclusions, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

50. Defendant denies the allegations in Paragraph 50.

## PRAYER FOR RELIEF

The remainder of Plaintiffs' Complaint consists of requests for relief to which no response is required.  To the extent a response is required, Defendant denies that Plaintiffs are entitled to the relief requested, or to any relief.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

Plaintiffs are not entitled to compel the production of records protected from disclosure by any applicable FOIA exemptions or exclusions.  *See* 5 U.S.C. § 552(b).

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over Plaintiffs' requests for relief to the extent those requests exceed the relief authorized under FOIA.  *See* 5 U.S.C. § 552.

### THIRD DEFENSE

Defendant reserves the right to raise additional defenses that become apparent through the factual development of this case.

    Respectfully submitted,

    JESSIE K. LIU, D.C. Bar #472845
    United States Attorney

    DANIEL F. VAN HORN, D.C. BAR # 924092

        Civil Chief

        By: /s/_____
        JOSHUA M. KOLSKY
        Assistant United States Attorney
        D.C. BAR #993430
        Washington, D.C. 20530
        Phone: (202) 252-2541
        Email: joshua.kolsky@usdoj.gov

        *Counsel for Defendant*