THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATINOJUSTICE PRLDEF, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br><br>*Defendant*. | Case No. 18-cv-01794-RC |

## JOINT STATUS REPORT

Plaintiffs, LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant, Federal Emergency Management Agency ("FEMA"), hereby submit this joint status report in response to the Court's Minute Order of September 14, 2018.

Plaintiffs filed a Complaint against Defendant under the Freedom of Information Act, 5 U.S.C. § 552 et seq. ("FOIA"), on July 31, 2018, regarding three outstanding FOIA requests. *See* Dkt. No. 1. The FOIA requests seek records relating to FEMA's activities in Puerto Rico and the agency's preparations for, and response to, Hurricanes Irma and Maria. *See id*. at 7-9. At the time of filing the Complaint, FEMA had produced no responsive records.

Defendant filed its Answer on September 14, 2018. Since that date, the parties have met and conferred regarding the scope of the searches performed in response to the three FOIA requests and the timeframe for producing responsive documents. Defendant has proposed engaging in a rolling production of records on a monthly basis, with the first production to occur this same day, September 28, 2018. Today, Defendant notified Plaintiff that it was mailing a

disc containing 1,829 pages of responsive records, its first production of records.  The parties have not agreed on an appropriate number of pages to be reviewed for production each month.

The parties are continuing to engage in what they believe are productive discussions regarding the search and production of records responsive to the FOIA requests.  They respectfully request a brief period of time to continue to do so before proposing a timeframe for Defendant's production of records.  Accordingly, the parties propose that they submit another joint status report by October 26, 2018.

Dated: September 28, 2018                                   Respectfully submitted,

/s/ Robin F. Thurston
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
99 Hudson Street
14th Floor
New York, N.Y. 10013
(212) 739-7583
nbannan@latinojustice.org

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/_____
JOSHUA M. KOLSKY

                Assistant United States Attorney
                D.C. BAR #993430
                Washington, D.C. 20530
                Phone: (202) 252-2541
                Email: joshua.kolsky@usdoj.gov

*Counsel for Defendant*