THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Case No. 18-cv-01794-RC |

**JOINT STATUS REPORT**

Plaintiffs, LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant, Federal Emergency Management Agency ("FEMA"), hereby submit this joint status report in response to the Court's Minute Order of September 28, 2018.

Plaintiffs filed a Complaint against Defendant under the Freedom of Information Act, 5 U.S.C. § 552 et seq. ("FOIA"), on July 31, 2018, regarding three outstanding FOIA requests. *See* Dkt. No. 1. The FOIA requests seek records relating to FEMA's activities in Puerto Rico and the agency's preparations for, and response to, Hurricanes Irma and Maria. *See id*. at 7-9. At the time of filing the Complaint, FEMA had produced no responsive records.

As previously reported, Defendant has proposed engaging in a rolling production of records on a monthly basis. In Defendant's first production, on September 28, 2018, Defendant produced 1,829 pages of responsive records. By letter dated October 23, 2018, Defendant notified Plaintiff that it was releasing 4,526 pages in their entirety and was referring 31 pages to the Department of Homeland Security for direct response to Plaintiff. The parties have not yet agreed on an appropriate minimum number of pages to be reviewed for each monthly production.

The parties have endeavored to cooperate to narrow and prioritize Defendant's search for responsive records. Based on information provided by Defendant, on October 11 Plaintiff proposed a set of search terms in an attempt to narrow the requests and also provided Defendant with a list of priorities of records for production. Defendant has determined that Plaintiff's proposed terms would not reduce the volume of records. Defendant believes that it will be necessary to narrow Plaintiff's request in order to complete the search for responsive records. For example, Defendant's search for responsive emails in just one office yielded more data than Defendant has the capacity to hold in its server space. Searches of other offices are expected to yield a similar result. The parties intend to continue to confer about narrowing the request and prioritizing particular records. Defendant will continue to make monthly productions while the parties confer.

The parties propose that they submit another joint status report by November 30, 2018.

Respectfully submitted,

*/s/ Robin F. Thurston*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
99 Hudson Street
14th Floor
New York, N.Y. 10013
(212) 739-7583
nbannan@latinojustice.org

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: /s/_____
JOSHUA M. KOLSKY
Assistant United States Attorney
D.C. BAR #993430
Washington, D.C. 20530
Phone: (202) 252-2541
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendant*