# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Case No. 18-cv-01794-RC |

## JOINT STATUS REPORT

Plaintiffs, LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant, Federal Emergency Management Agency ("FEMA"), hereby submit this joint status report in response to the Court's Minute Order of October 26, 2018.

This case concerns three requests under the Freedom of Information Act ("FOIA") seeking records relating to FEMA's activities in Puerto Rico and the agency's preparations for, and response to, Hurricanes Irma and Maria.

By letter dated November 26, 2018, Defendant notified Plaintiff that it had reviewed an additional 2,404 pages and was releasing 2,257 pages in their entirety and 147 pages in part. The parties have not yet agreed on an appropriate minimum number of pages to be reviewed for each monthly production.

The parties have continued their efforts to narrow the FOIA requests and prioritize Defendant's search for responsive records. On November 20, 2018, Plaintiff provided revised requests in an attempt to narrow their scope and Defendant is currently evaluating those revised

1

requests.  The parties intend to continue to confer about narrowing the request and prioritizing particular records.  Defendant will continue to make monthly productions while the parties confer.

The parties propose that they submit another joint status report by December 28, 2018.

>Respectfully submitted,
>
>/s/ Robin F. Thurston
>Javier M. Guzman (D.C. Bar No. 462679)
>Robin F. Thurston (D.C. Bar No. 1531399)
>Democracy Forward Foundation
>P.O. Box 34553
>Washington, D.C. 20043
>(202) 448-9090
>jguzman@democracyforward.org
>rthurston@democracyforward.org
>
>Natasha Lycia Ora Bannan
>LatinoJustice PRLDEF
>99 Hudson Street
>14th Floor
>New York, N.Y. 10013
>(212) 739-7583
>nbannan@latinojustice.org
>
>*Counsel for Plaintiff*
>
>
>JESSIE K. LIU
>D.C. Bar #472845
>United States Attorney
>
>DANIEL F. VAN HORN
>D.C. BAR # 924092
>Civil Chief
>
>By: /s/_____
>JOSHUA M. KOLSKY
>Assistant United States Attorney
>D.C. BAR #993430
>Washington, D.C. 20530
>Phone: (202) 252-2541
>Email: joshua.kolsky@usdoj.gov
>
>*Counsel for Defendant*