# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATINOJUSTICE PRLDEF et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-1794 (RC) |
| ) | |
| FEDERAL EMERGENCY ) | |
| MANAGEMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Paul Cirino and remove the appearance of Assistant United States Attorney Joshua M. Kolsky as counsel of record for Defendant in the above-captioned case.

Dated: December 26, 2018            Respectfully submitted,

                                    /s/ *Paul Cirino*
                                    PAUL CIRINO
                                    Assistant United States Attorney
                                    Civil Division
                                    U.S. Attorney's Office for the District of Columbia
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    Phone: (202) 252-2529
                                    Fax: (202) 252-2599
                                    paul.cirino@usdoj.gov