# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Case No. 18-cv-01794-RC |

## DEFENDANT'S MOTION TO STAY PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

Defendant, Federal Emergency Management Agency ("FEMA"), hereby moves for a stay of the above-captioned civil action in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this civil action until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Defendant respectfully requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. On December 28, 2018, counsel for Plaintiffs advised counsel for Defendant that Plaintiffs consent to the relief requested herein.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 28, 2018                Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

    /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
pcirino@usa.doj.gov

*Counsel for Defendant*