UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATINOJUSTICE PRLDEF, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 18-1794 (RC) |
| FEDERAL EMERGENCY ) MANAGEMENT AGENCY, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in lieu of a proposed schedule, for the reasons set forth below.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018.  The parties more recently have been in discussions regarding the scope of a supplemental search.  On February 13, 2019, Defendant advised the Court that the parties had made significant progress in refining search terms, identifying custodians, and potentially prioritizing specific time periods so that the supplemental search would be more likely to yield a manageable amount of records that are focused on the subject matter of Plaintiff's requests.  ECF No. 14.

Defendant completed its supplemental search by March 1, 2019, and has been examining the search results to determine a processing schedule that the agency can manage consistent with the other demands on its resources and that provides Plaintiffs meaningful responses to their requests.  Defendant will endeavor to provide Plaintiffs with information about the search results (volume by individual search) by March 18, 2019.  The parties anticipate using this information to prioritize

Defendant's review of the search results, which they will discuss in advance of the next status report.

Accordingly, the parties believe that additional time is necessary and appropriate before a production schedule can be presented to the Court. The parties respectfully request that they file a Joint Status Report on or before March 26, 2019.

Dated:  March 12, 2019                              Respectfully submitted,

*/s/ Robin F. Thurston*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, N.Y. 10013
(212) 739-7583
nbannan@latinojustice.org

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*