# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 18-1794 (RC) |
| | ) |
| FEDERAL EMERGENCY | ) |
| MANAGEMENT AGENCY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in lieu of a proposed schedule, for the reasons set forth below.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. Since that time, as noted in prior status reports, the parties have been attempting to negotiate a revised search that would be more likely to yield a manageable amount of records that are responsive to Plaintiffs' requests. Last month, the parties agreed upon specific search terms and Boolean limitations for Plaintiffs' requests as well as a limited number of custodians who Defendant represented were most likely to have responsive records. Plaintiffs understood that this search was unlikely to yield all responsive records in Defendant's possession but hoped that it would result in a reasonable number of responsive records, thereby providing Plaintiffs much of the information about which they were interested more quickly.

On March 15, 2019, Defendant provided Plaintiffs with information about the results of this negotiated search. For many of Plaintiffs' requests for information, the negotiated search returned zero pages of potentially responsive records, even though the requests were for records Plaintiffs

reasonably expect to be in Defendant's possession, such as guidance documents regarding Spanish language translations of FEMA materials and information regarding Defendant's plans for short- and long-term housing in Puerto Rico.  In Plaintiffs' view, the negotiated search was therefore not reasonable.  Defendant's position is that the search was reasonable, given the speculative premise of the FOIA request, particularly the request seeking "all records describing or discussing plans to draw down or end FEMA-coordinated aid in Puerto Rico."  Further, Defendant believes that the search cannot be fairly characterized as unreasonable merely because it did not produce the quantity of responsive records that Plaintiff expected.  *See Iturralde v. Comptroller of Currency*, 315 F.3d 311, 315 (D.C. Cir. 2003) ("[T]he adequacy of a FOIA search is generally determined not by the fruits of the search, but by the appropriateness of the methods used to carry out the search.").

Defendant has offered to broaden the search terms and undertake its final search.  Plaintiffs have accepted this offer but reserve their right to challenge the broadened search as unreasonable. Defendant expects to advise Plaintiffs about the search results and propose a production schedule by April 2, 2019.

In addition, with respect to Plaintiffs' request for the production of the "full database on applications for FEMA individual assistance," the parties are conferring with respect to the specific fields that should be included in Defendant's response.

In light of the most recent supplemental search, the parties believe that additional time is necessary and appropriate before a production schedule can be presented to the Court.  The parties respectfully request that they file a Joint Status Report on or before April 10, 2019.

Dated:  March 26, 2019           Respectfully submitted,

*/s/ Robin F. Thurston*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, N.Y. 10013
(212) 739-7583
nbannan@latinojustice.org

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*