UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LATINOJUSTICE PRLDEF, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-1794 (RC) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency ("FEMA") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. Since that time, as noted in prior status reports, the parties have been attempting to negotiate a revised search that would be more likely to yield a manageable amount of records that are responsive to Plaintiffs' requests. In February, the parties agreed upon specific search terms and Boolean limitations for Plaintiffs' requests as well as a limited number of custodians who Defendant represented were most likely to have responsive records. Plaintiffs understood that this search was unlikely to yield all responsive records in Defendant's possession but hoped that it would result in a reasonable number of responsive records, thereby providing Plaintiffs much of the information about which they were interested more quickly.

On March 15, 2019, Defendant provided Plaintiffs with information about the results of this negotiated search. For many of Plaintiffs' requests for information, the negotiated search returned zero pages of potentially responsive records. As noted in the prior status report, the parties disagree

about whether this search was reasonable. Thereafter, Defendant offered to broaden the search terms and undertake what it stated would be its final search. Plaintiffs accepted this offer but reserved their right to challenge the broadened search as unreasonable. As stated in the prior status report, Defendant expected to advise Plaintiffs about the search results and propose a production schedule by April 2, 2019.

### Defendant's Position

After experiencing various technical problems, on April 9, 2019, Defendant provided Plaintiffs with information about the results of what it expects to be its final search, including a breakdown of the results for each of the 10 subparts that involve searches. In summary, the search resulted in more than 25,000 potentially responsive pages, although Defendant expects that a significant portion of those results are publicly available documents. In addition, Defendant has advised Plaintiffs that the database of applicants for FEMA individual assistance that Plaintiff has requested contains more than 100 different tables for each of the more than one million applicants. Defendant has asked Plaintiffs to limit the fields to those it identified in its FOIA request. The parties will have to negotiate this issue so that Defendant has the ability to respond to this request in a reasonable amount of time.

Defendant rejects any suggestion that it has delayed or unreasonably prolonged a response to Plaintiffs' requests, many of which are speculative, extremely broad and/or poorly phrased. Defendant has now run multiple searches to try to achieve a reasonable search result that also will satisfy Plaintiffs' request. The time has come to review and produce the nonexempt responsive documents.

### Plaintiffs' Position

Plaintiffs have had less than one day to review the results of Defendants' current search. While they believe that aspects of the search are still unreasonable—*e.g.* the return of zero

documents discussing Spanish language speaking FEMA employees or contractors who assisted with hurricane relief efforts in Puerto Rico—Defendant has informed Plaintiffs that it is comfortable with the search terms as they have been revised, but remains interested in Plaintiffs' suggestions as to how to further expedite the review of the search results.  Plaintiffs therefore reserve their right to challenge the search as unreasonable.

In addition, Plaintiffs request that Defendant process at least 750 pages of records per month in light of the delays by Defendant in negotiating the current search.  Plaintiff submitted the relevant FOIA requests on February 23, 2018 and filed this lawsuit on July 31, 2018.  The parties have been in negotiations since September 2018 about the scope of an appropriate search.  While Defendant has made productions in the interim, it is not clear whether any of the records produced to date are responsive to what Defendant now describes as its final search.

Regarding the database, Plaintiffs have requested the entire database, although they are open to whatever method of production is most efficient (e.g. online access).

**The Parties' Joint Proposal**

The parties agree that Defendant will process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.  The parties propose to file a Joint Status Report every 60 days to apprise the Court of the progress of the production and any issues that might arise.

Dated:  April 10, 2019                               Respectfully submitted,

*/s/ Robin F. Thurston*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*