AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| LatinoJustice PRLDEF et al )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Homeland Security )<br>*Defendant* ) | Case No. 18-cv-01794-RC |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LatinoJustice PRLDEF and Centro de Periodismo Investigativo    .

Date:    05/22/2019

/s/ Benjamin Seel
*Attorney's signature*

Benjamin Seel (DC Bar No. 1035286)
*Printed name and bar number*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

*Address*

bseel@democracyforward.org
*E-mail address*

(202) 701-1793
*Telephone number*

*FAX number*