UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 18-1794 (RC) <br> ) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 11, 2019, Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency ("FEMA") hereby submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. In April 2019, Defendant completed a supplemental search and committed to process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.

On May 9, 2018, Defendant released in full 1,499 pages and released in part 22 pages and one spreadsheet. On June 5, 2019, Defendant released in full 1,027 pages and released in part 22 pages; Defendant also determined that 54 pages were duplicates.

In addition, in response to Plaintiffs' request for "the full database on applications for FEMA individual assistance," Defendant has advised Plaintiffs that the full database is simply too large to produce, as it contains more than 100 different tables for each of the more than one million applicants. On June 4, 2019, Defendant identified for Plaintiffs the database fields Defendant

believes are pertinent to Plaintiffs' request, and which represent a manageable amount of data for Defendant to produce. Plaintiffs confirmed on June 6, 2019 that the list of identified database fields is acceptable to them.

The parties will file a further Joint Status Report on August 9, 2019, and every 60 days thereafter to apprise the Court of the progress of the production and any issues that might arise.

Dated: June 10, 2019                                   Respectfully submitted,

*/s/ Benjamin Seel*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529

paul.cirino@usdoj.gov

*Attorneys for Defendant*