# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATINOJUSTICE PRLDEF, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br>　　　　Defendant. | Civil Action No. 18-1794 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 11, 2019, Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. In April 2019, Defendant completed a supplemental search and committed to process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.

On July 11, 2019, Defendant released in full 1,582 pages and released in part 56 pages; Defendant also determined that 41 pages were duplicates. On August 6, 2019, Defendant released in full 1,235 pages and released in part 8 pages.

The parties will file a further Joint Status Report on October 8, 2019, and every 60 days thereafter to apprise the Court of the progress of the production and any issues that might arise.

Dated: August 9, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Seel*
　　　　　　　　　　　　　　　　　　　　　Javier M. Guzman (D.C. Bar No. 462679)
　　　　　　　　　　　　　　　　　　　　　Robin F. Thurston (D.C. Bar No. 1531399)
　　　　　　　　　　　　　　　　　　　　　Benjamin Seel (D.C. Bar No. 1035286)

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*