UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 18-1794 (CJN) |
| ) | |
| FEDERAL EMERGENCY ) | |
| MANAGEMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of August 13, 2019, Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. In April 2019, Defendant completed a supplemental search and committed to process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.

On September 11, 2019, Defendant reviewed 1,582 records and released in full 1,576 pages and released in part six pages. Defendant's next production is scheduled for October 11, 2019.

The parties will file a further Joint Status Report on December 9, 2019, and every 60 days thereafter to apprise the Court of the progress of the production and any issues that might arise.

Dated:  October 8, 2019            Respectfully submitted,

/s/ Robin F. Thurston
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553

Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*