UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LATINOJUSTICE PRLDEF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 18-1794 (CJN) |
| ) | |
| FEDERAL EMERGENCY ) | |
| MANAGEMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 8, 2019, Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018. In April 2019, Defendant completed a supplemental search and committed to process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.

On October 10, 2019, Defendant advised Plaintiffs that the agency had reviewed an additional 17,195 records and released in full 16,793 pages, released in part 392 pages, and withheld in full 10 pages. On November 13, 2019, Defendant advised Plaintiffs that the agency had reviewed an additional 8,506 records and released in full 7,844 pages and released in part 634 pages, with the remaining 28 pages referred to other agencies for processing. Defendant's next production is scheduled for December 13, 2019.

The parties will file a further Joint Status Report on February 7, 2020, and every 60 days thereafter to apprise the Court of the progress of the production and any issues that might arise.

Dated:  December 9, 2019

Respectfully submitted,

/s/ Robin F. Thurston
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ Paul Cirino
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*