UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LATINOJUSTICE PRLDEF, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EMERGENCY ) <br> MANAGEMENT AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1794 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of December 10, 2019, Plaintiffs LatinoJustice PRLDEF and Centro de Periodismo Investigativo, and Defendant Federal Emergency Management Agency hereby submit this Joint Status Report in this Freedom of Information Act case.

As previously reported, Defendant has made initial productions on a monthly basis since September 2018.  In April 2019, Defendant completed a supplemental search and committed to process a minimum of 750 pages per month and release the non-exempt responsive documents to Plaintiffs every 30 days.

On December 11, 2019, Defendant advised Plaintiffs that the agency had reviewed an additional 779 records and was releasing 759 pages in full and 20 pages in part.  On January 8, 2020, Defendant advised Plaintiffs that the agency had reviewed a database containing two Excel workbooks and was releasing both workbooks to Plaintiff.  Defendant's next production is scheduled for February 14, 2020.

The parties will file a further Joint Status Report on April 7, 2020, and every 60 days thereafter to apprise the Court of the progress of the production and any issues that might arise.

Dated:  February 7, 2020

Respectfully submitted,

*/s/ Robin F. Thurston*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org
bseel@democracyforward.org

Natasha Lycia Ora Bannan
LatinoJustice PRLDEF
475 Riverside Drive
19th Floor
New York, N.Y. 10115
(212) 739-7583
nbannan@latinojustice.org

*Attorneys for Plaintiffs*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendant*